IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-02656-BNB

KEVIN LYNN REVELS,

Plaintiff,

v.

MR. BRAD LIVINGSTON, Sued Individually and in his Official Capacity,

Defendant.

## ORDER OF DISMISSAL

Plaintiff Kevin Lynn Revels appears to be incarcerated in a prison facility in Iowa Park, Texas. He initiated this action by filing a *pro se* Prisoner Complaint. In an order filed on December 3, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Revels to submit a certified copy of his trust fund account statement. Mr. Revels was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

On December 24 and 29, 2008, Mr. Revels filed several pleadings, including a second Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form. Mr. Revels, however, has not submitted a certified copy of his inmate trust fund account statement in support of the § 1915 motion, as required pursuant to § 1915(a)(2), and as specified on Page Two of the § 1915 Motion and Affidavit form. Therefore, the action will be dismissed without prejudice for failure to cure the identified deficiency within the time allowed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 15 day of January, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02656-BNB

Kevin Lynn Revels
Prisoner No. 654284
2101 FM 369
Iowa Park, TX 76367

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  1/21/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk